IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

        **Plaintiff,**

v.                                    **CASE NO. 1:15-cv-70-RS-GRJ**

BUDDY IRBY,

        **Defendant.**

_____/

## ORDER

     Before me are the April 20, 2015, Magistrate Judge's Report and Recommendation (Doc.

3), and Plaintiff's Objections (Doc. 4). Accordingly, I have reviewed the report *de novo*.

     **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 3) is approved and

   incorporated in this Order.

2. The relief requested in Plaintiff's motion to proceed as a pauper (Doc. 2) is

   **GRANTED**.

3. This case is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

4. The Clerk is directed to close this case.

**ORDERED** on May 12, 2015.


                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**